# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CITY OF WALKER, CITY OF
DENHAM SPRINGS, THE
WILLIAMSON EYE CENTER
(APMC), TIMOTHY JOHN
KINCHEN, AND SHANNON FARRIS
KINCHEN

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT, ET. AL

NO.  2025 CW 0379

**JULY 14, 2025**

---

In Re:   G.E.C., Inc., applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         654278.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

  **WRIT DENIED.**

                              CHH
                              BDE
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT